B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 11–83059**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mario Ramos | Kimberly S Ramos |
| 423 2nd Street | 423 2nd Street |
| Stillman Valley, IL 61084 | Stillman Valley, IL 61084 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–2951     xxx–xx–3295

Employer Tax ID / Other nos.:


## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>October 12, 2011</u>            <u>Kenneth S. Gardner, Clerk</u>
                                          United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                        Case No. 11-83059-MB
Mario Ramos                                                   Chapter 7
Kimberly S Ramos
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-3          User: admin                 Page 1 of 2                  Date Rcvd: Oct 12, 2011
                              Form ID: b18                Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2011.
db/jdb       +Mario Ramos,   Kimberly S Ramos,   423 2nd Street,   Stillman Valley, IL 61084-8992
17525645     +ATG Credit, LLC,   P.O. Box 14895,   Chicago, IL 60614-0895
17525646     +Blatt, Hassenmiller, Leibsker,  & Moore LLC,   125 South Wacker Dr, Suite 400,
               Chicago, IL 60606-4440
17525648     +CBE Group,   131 Tower Park, Suite 100,   PO Box 2547,   Waterloo, IA 50704-2547
17525647     +Cach Llc,   Attention: Bankruptcy Department,   4340 South Monaco St. 2nd Floor,
               Denver, CO 80237-3408
17525651     +Codilis & Associates PC,   15W030 N Frontage Rd,   Suite 100,   Willowbrook, IL 60527-6921
17525656     +Edfl Svcs/bank Of Ny,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
17525657     +Edsouth W/jp Morgan,   120 N Seven Oaks D,   Knoxville, TN 37922-2359
17525658     +Edsouth/edfinancial Sv,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
17525660    ++FOCUS RECEIVABLES MANAGEMENT LLC,   1130 NORTHCHASE PARKWAY STE 150,   MARIETTA GA 30067-6429
              (address filed with court:  Focus Receivables Management,   1130 Northchase Pkwy,   Suite 150,
               Marietta, GA 30067)
17525659     +First Ntl B&t Co Of Ro,   510 Lincoln Highwy,   Rochelle, IL 61068-2613
17525664     +Illinois Pathologist,   Po Box 1259,   Oaks, PA 19456-1259
17525665     +Infinity Healthcare,   PO Box 3261,   Milwaukee, WI 53201-3261
17525667     +LDG Financial Services, LLC,   4553 Winters Chapel Rd.,   Atlanta, GA 30360-2707
17525670     +Mathers Clinic LLC,   6180 E State STreet,   Rockford, IL 61108-3014
17525672     +Merchants & Medical Credit Corp,   6324 Taylor Drive,   Flint, MI 48507-4685
17525674     +Midwest Dental,   PO ox 69,   Mondovi, WI 54755-0069
17525675     +Miracle Financial Inc.,   52 Armstron Rd,   Plymouth, MA 02360-4807
17525676     +Mutual Management Services,   401 E. State Street,   2nd Floor,   Rockford, IL 61104-1027
17525678     +OSF Medical Group,   Common Business Office,   PO Box 1806,   Peoria, IL 61656-1806
17525680     +Radiology Consultants of Rockford,   P.O. Box 4542,   Rockford, IL 61110-4542
17525681     +Rnb-fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
17525683     +Rock Valley Women’s Health Center,   6861 Villagreen View,   Rockford, IL 61107-5639
17525684     +Rockford Mer,   2502 S Alpine Rd,   Rockford, IL 61108-7813
17525685     +Rockford Mercantile,   2502 S Alpine Rd,   Rockford, IL 61108-7813
17525686     +Rockford Mercantile Agency, Inc.,   2502 S Alpine Rd,   Rockford, IL 61108-7813
17525690     +The Affiliated Group I,   P.o. Box 7739,   Rochester, MN 55903-7739
17525691     +The First National Bank of Rochelle,   340 May Mart Drive,   Rochelle, IL 61068-1681
17525694     +Weltman, Weinberg & Reis Co,   10 S LaSalle St, Suite 900,   Chicago, IL 60603-1016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17578778     +EDI: ATLASACQU.COM Oct 13 2011 03:08:00     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303,   Attn: Avi Schild
17571359     +EDI: ATLASACQU.COM Oct 13 2011 03:08:00     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
17525649     +EDI: CCS.COM Oct 13 2011 03:08:00     CCS,   PO Box 9133,   Needham Heights, MA 02494-9133
17525650     +EDI: CITICORP.COM Oct 13 2011 03:08:00     Citibank Usa,
               Citicard Credit Srvs/Centralized Bankrup,   Po Box 20507,   Kansas City, MO 64195-0507
17525652     +EDI: CMIGROUP.COM Oct 13 2011 03:08:00     Credit Management,   4200 International Pwy,
               Carrolton, TX 75007-1912
17525653     +EDI: CREDPROT.COM Oct 13 2011 03:08:00     Credit Protection Association, LP,   13355 Noel Road,
               Dallas, TX 75240-6837
17525654     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Oct 13 2011 03:45:42     Creditors Protection S,
               202 W State St Ste 300,   Rockford, IL 61101-1163
17525655     +EDI: DISCOVER.COM Oct 13 2011 03:08:00     Discover Fin,   Po Box 6103,
               Carol Stream, IL 60197-6103
17525661     +EDI: RMSC.COM Oct 13 2011 03:08:00     Gemb/beaulieu Of Ameri,   Po Box 981439,
               El Paso, TX 79998-1439
17525662     +EDI: RMSC.COM Oct 13 2011 03:08:00     Gemb/dsgi,   P.o. Box 981400,   El Paso, TX 79998-1400
17525663     +EDI: HFC.COM Oct 13 2011 03:08:00     Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 5263,
               Carol Stream, IL 60197-5263
17525666     +EDI: CBSKOHLS.COM Oct 13 2011 03:08:00     Kohls,   Attn: Recovery Dept,   Po Box 3120,
               Milwaukee, WI 53201-3120
17525668     +EDI: LTDFINANCIAL.COM Oct 13 2011 03:08:00     LTD Financial Services,   7322 Southwest Freeway,
               Suite 1600,   Houston, TX 77074-2053
17525671     +EDI: MID8.COM Oct 13 2011 03:08:00     MCM,   Dept 12421,   PO Box 603,   Oaks, PA 19456-0603
17525669     +EDI: TSYS2.COM Oct 13 2011 03:08:00     Macys/fdsb,   Macy’s Bankruptcy,   Po Box 8053,
               Mason, OH 45040-8053
17525673     +EDI: MID8.COM Oct 13 2011 03:08:00     Midland Credit Management,   Po Box 939019,
               San Diego, CA 92193-9019
17525677     +E-mail/Text: bankrup@nicor.com Oct 13 2011 03:44:28     Nicor Gas,
               Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
17525679     +EDI: CHASE.COM Oct 13 2011 03:08:00     Providian,   Attn: Bankruptcy,   Po Box 15298,
               Wilmington, DE 19850-5298
17525682     +E-mail/Text: mpapoccia@rvfcu.org Oct 13 2011 03:46:34     Rock Valley Credit Union,
               1201 Clifford Ave.,   Loves Park, IL 61111-7500
17525688     +EDI: RMSC.COM Oct 13 2011 03:08:00     Sams Club,   Attention: Bankruptcy Department,
               Po Box 105968,   Atlanta, GA 30348-5968
```

```
District/off: 0752-3          User: admin              Page 2 of 2           Date Rcvd: Oct 12, 2011
                              Form ID: b18             Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17525689     +EDI: SEARS.COM Oct 13 2011 03:08:00      Sears/cbsd,   701 East 60th St N,
              Sioux Falls, SD 57104-0432
17525692     +EDI: AFNIVZWIRE.COM Oct 13 2011 03:08:00       Verizon Wireless/great,   1515 Woodfield Rd Ste140,
              Schaumburg, IL 60173-6046
17525693     +EDI: TSYS2.COM Oct 13 2011 03:08:00      Visdsnb,   Attn: Bankruptcy,   Po Box 8053,
              Mason, OH 45040-8053
17525695     +EDI: WFNNB.COM Oct 13 2011 03:08:00      Wfnnb/the Buckle,   Po Box 182273,
              Columbus, OH 43218-2273
17525696      EDI: WFNNB.COM Oct 13 2011 03:08:00      World Financial Network Nat'l Bank,   PO Box 182124,
              Columbus, OH 43218-2124
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17525687     ##+RRCA Accounts Manegment, Inc.,   312 Locust,   Sterling, IL 61081-3539
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2011**              **Signature:**   _Joseph Speetjens_